UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| BRADLEY MEMORIAL HOSPITAL<br>81 Meriden Avenue<br>Southington, CT 06489-3297 | : <br> : <br> : <br> : |
| BRISTOL HOSPITAL<br>PO Box 977, Brewster Road<br>Bristol, CT 06011-0977 | : Case No:<br> : <br> : <br> : |
| CHARLOTTE HUNGERFORD HOSPITAL<br>40 Litchfield Street, PO Box 988<br>Torrington, CT 06790-0988 | : <br> : <br> : |
| THE GRIFFIN HOSPITAL<br>130 Division Street<br>Derby, CT 06418-1326 | : <br> : <br> : <br> : |
| HARTFORD HOSPITAL<br>80 Seymour Street<br>Hartford, CT 06102-5037 | : <br> : <br> : <br> : |
| JOHN DEMPSEY HOSPITAL<br>The University of Connecticut Health Center<br>263 Farmington Avenue<br>Farmington, CT 06030 | : <br> : <br> : <br> : <br> : |
| JOHNSON MEMORIAL HOSPITAL<br>201 Chestnut Hill Road, PO Box 860<br>Stafford Springs, CT 06076-0860 | : <br> : <br> : <br> : |
| LAWRENCE & MEMORIAL HOSPITAL<br>365 Montauk Avenue<br>New London, CT 06320-4769 | : <br> : <br> : <br> : |
| MANCHESTER MEMORIAL HOSPITAL<br>Eastern Connecticut Health Network, Inc.<br>71 Haynes Street<br>Manchester, CT 06040-4188 | : <br> : <br> : <br> : <br> : <br> : |

MIDSTATE MEDICAL CENTER                       :
435 Lewis Avenue                              :
Meriden, CT  06451-2101                       :
                                              :
MILFORD HOSPITAL                              :
300 Seaside Avenue                            :
Milford, Connecticut 06460-4603               :
                                              :
NEW BRITAIN GENERAL HOSPITAL                  :
100 Grand Street                              :
New Britain, CT  06052-2017                   :
                                              :
NORWALK HOSPITAL ASSOCIATION                  :
34 Maple Street                               :
Norwalk, CT  06850-3894                       :
                                              :
ROCKVILLE GENERAL HOSPITAL                    :
31 Union Street                               :
Vernon Rockville, CT 06066-3160               :
                                              :
ST. FRANCIS HOSPITAL & MEDICAL                :
CENTER                                        :
114 Woodland Street                           :
Hartford, CT 06105-1208                       :
                                              :
ST. FRANCIS HOSPITAL & MEDICAL                :
CENTER d/b/a MOUNT SINAI HOSPITAL :
114 Woodland Street                           :
Hartford, CT  06105-1208                      :
                                              :
ST. JOSEPH'S MEDICAL CENTER                   :
The Stamford Hospital                         :
Shelburne Road at West Broad Street           :
PO Box 9317                                   :
Stamford, CT  06904-9317                      :
                                              :
THE DAY KIMBALL HOSPITAL                      :
320 Popmfret Street                           :
Putnam, CT  06260-0901                        :
                                              :
THE NEW MILFORD HOSPITAL                      :
21 Elm Street                                 :
New Milford, CT  06776-3029                   :
                                              :
                                              :
                                              :

| | |
|---|---|
| THE STAMFORD HOSPITAL<br>Shelburne Road at West Broad Street<br>PO Box 9317<br>Stamford, CT 06904-9317 | : <br> : <br> : <br> : |
| THE WILLIAM W. BACKUS HOSPITAL<br>326 Washington Street<br>Norwich, CT 06360-2733 | : <br> : <br> : |
| WINDHAM COMMUNITY MEMORIAL<br>HOSPITAL<br>112 Mansfield Avenue<br>Willimantic, CT 06226-2040 | : <br> : <br> : <br> : |
| WATERBURY HOSPITAL HEALTH<br>CENTER<br>64 Robbins Street<br>Waterbury, CT 06708-2600 | : <br> : <br> : <br> : |
| HOSPITAL OF SAINT RAPHAEL<br>1450 Chapel Street<br>New Haven, CT 06511 | : <br> : <br> : |
| YALE-NEW HAVEN HOSPITAL<br>20 York Street<br>New Haven, CT 06504 | : <br> : <br> : |
| GREENWICH HOSPITAL<br>5 Perryridge Road<br>Greenwich, CT 06830 | : <br> : <br> : |
| BRIDGEPORT HOSPITAL<br>267 Grant Street<br>Bridgeport, CT 06610-0120 | : <br> : <br> : |
| Plaintiffs, | : |
| v. | : |
| TOMMY G. THOMPSON, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | : <br> : <br> : <br> : <br> : |
| Defendant. | : |

## LOCAL RULE 26.1 CERTIFICATION

I, the undersigned counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of plaintiffs which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

                                       *Jacqueline E. Bennett*
                                       Jacqueline E. Bennett
                                       DC Bar #474355
                                       **REED SMITH LLP**
                                       1301 K Street, N.W.
                                       Suite 1100 – East Tower
                                       Washington, DC  20005
                                       (202) 414-9200
                                       (202) 414-9299 Facsimile
                                       JBennett@ReedSmith.com

                                       Attorney for Plaintiffs

                                       Of Counsel:
                                       Murray J. Klein
                                       **REED SMITH LLP**
                                       Princeton Forrestal Village
                                       136 Main Street, Suite 250
                                       Princeton, NJ  08540
                                       (609) 987-0050

Dated:  March 15, 2004